UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
SHANECE ROBINSON

                                                  Plaintiff(s),            **VERIFIED COMPLAINT**

           -against-

                                                                                                    Docket No.: 1:23-cv-0754 (TJM/CFH)

TARYN R. FERRARO and
UNITED STATES POSTAL SERVICE

                                                Defendant(s),
-------------------------------------------------------------------------X

       Plaintiff, by her attorney, JOHN V. JANUSAS, as and for a cause of action against the defendants, alleges upon information and belief as follows:

       1.     At all times herein mentioned, plaintiff, SHANECE ROBINSON, was an individual residing in the City and County of Schenectady, in the State of New York.

       2.     At all times herein mentioned, defendant TARYN R. FERRARO was an individual residing in the City and County of Schenectady, in the State of New York.

       3.     At all times herein mentioned, defendant TARYN R. FERRARO was an agent and employee of defendant UNITED STATES POSTAL SERVICE.

       4.     At all times herein mentioned, defendant, THE UNITED STATES POSTAL SERVICE, was and still is a government corporation doing business in the State of New York.

       5.     That this action is based upon the Federal Tort Claims Act 28, U.S.C. 1346 (b) 2671-80.

       6.     That the amount in controversy exceeds the sum of One Hundred and Fifty Thousand ($150,000) Dollars exclusive of costs and interest.

7. That on April 29, 2021, a claim was filed with the UNITED STATES POSTAL SERVICE, detailing the facts of the accident involved and the injuries and damages sustained by the plaintiff herein.

8. That defendant UNITED STATES POSTAL SERVICE has failed to act on the filed claim.

9. That this action falls within one or more of the exceptions as set forth in CPLR §1602, §1602(1), §1602(2), §1602(3), §1602(4), §1602(5), §1602(6), §1602(7), §1602(8), §1602(9), §1602(10), §1602(11), §1602(12) and §1603 of the State of New York.

10. That pursuant to the Federal Tort Claims Act, this action is being instituted against the UNITED STATES POSTAL SERVICE the government agency involved herein.

11. At all times herein mentioned, the defendant, THE UNITED STATES POSTAL SERVICE, was the owner of a motor vehicle bearing New York State license plate number 0224514.

12. At all times hereinafter mentioned, TARYN R. FERRARO, operated the aforesaid motor vehicle bearing New York State license plate number 0224514.

13. At all times hereinafter mentioned, TARYN R. FERRARO, operated the aforesaid motor vehicle with the permission of the defendant UNITED STATES POSTAL SERVICE.

14. At all times hereinafter mentioned, TARYN R. FERRARO, operated the aforesaid motor vehicle with the permission of the United States.

15. At all times hereinafter mentioned, TARYN R. FERRARO, operated the aforesaid motor vehicle with the knowledge of the UNITED STATES POSTAL SERVICE.

16. At all times hereinafter mentioned, TARYN R. FERRARO, operated the aforesaid motor vehicle with the knowledge of the UNITED STATES POSTAL SERVICE.

17. At all times hereinafter mentioned, TARYN R. FERRARO, operated the aforesaid motor vehicle with the consent of the United States.

18. At all times hereinafter mentioned, TARYN R. FERRARO, operated the aforesaid motor vehicle with the consent of the defendant THE UNITED STATES POSTAL SERVICE.

19. At all times hereinafter mentioned, TARYN R. FERRARO, operated the aforesaid motor vehicle within the course and scope of her employment with the United States.

20. At all times hereinafter mentioned, TARYN R. FERRARO, operated the aforesaid motor vehicle within the course and scope of her employment with the defendant THE UNITED STATES POSTAL SERVICE.

21. At all times hereinafter mentioned, the defendant THE UNITED STATES POSTAL SERVICE, managed the aforesaid motor vehicle.

22. At all times hereinafter mentioned, the United States managed the aforesaid motor vehicle.

23. At all times hereinafter mentioned, TARYN R. FERRARO, managed the aforesaid motor vehicle.

24. At all times hereinafter mentioned, defendant, THE UNITED STATES POSTAL SERVICE, maintained the aforesaid motor vehicle.

25. At all times hereinafter mentioned the United States, maintained the aforesaid motor vehicle.

26. At all times hereinafter mentioned, TARYN R. FERRARO, maintained the aforesaid motor vehicle.

27. At all times hereinafter mentioned, defendant UNITED STATES POSTAL SERVICE, controlled the aforesaid motor vehicle.

28. At all times hereinafter mentioned, the United States controlled the aforesaid motor vehicle.

29. At all times hereinafter mentioned, defendant TARYN R. FERRARO, controlled the aforesaid motor vehicle.

30. At all times hereinafter mentioned, defendant UNITED STATES POSTAL SERVICE, repaired the aforesaid motor vehicle.

31. At all times hereinafter mentioned, the United States repaired the aforesaid motor vehicle.

32. At all times hereinafter mentioned, defendant, TARYN R. FERRARO, repaired the aforesaid motor vehicle.

33. At all times hereinafter mentioned defendant UNITED STATES POSTAL SERVICE inspected the aforesaid motor vehicle.

34. At all times hereinafter mentioned the United States inspected the aforesaid motor vehicle.

35. At all times hereinafter mentioned, TARYN R. FERRARO, inspected the aforesaid motor vehicle.

36. At all times hereinafter mentioned, defendant, THE UNITED STATES POSTAL SERVICE, supervised the aforesaid motor vehicle.

37. At all times hereinafter mentioned, the United States supervised the aforesaid motor vehicle.

38. At all times hereinafter mentioned, TARYN R. FERRARO, supervised the aforesaid motor vehicle.

39. At all times hereinafter mentioned, plaintiff, SHANECE ROBINSON, was the owner and operator of a motor vehicle bearing New York State registration number JCZ3984.

40. At all times hereinafter mentioned, Michigan Avenue at its intersection with Santa Fe Street, in the City and County of Schenectady, in the State of New York, was a public roadway and/or thoroughfare.

41. That on June 22, 2020, the motor vehicle operated by TARYN R. FERRARO and the motor vehicle operated by plaintiff, SHANECE ROBINSON were in contact at the intersection of Michigan Avenue and Santa Fe Street, in the City and County of Schenectady in the State of New York.

42. That as a result of the aforesaid contact, plaintiff, SHANECE ROBINSON, sustained serious injuries.

43. That the aforesaid occurrence was cause wholly and solely by reason of the negligence of the defendants without any fault or negligence on the part of the plaintiff contributing thereto.

44. That defendants were negligent, careless, reckless, grossly negligent in the ownership, operation, management, maintenance, supervision and control of the aforesaid vehicle and in the and in the negligent hiring, supervision, training and retention of the persons operating their motor vehicle.

45. That by reason of the foregoing, plaintiff, SHANECE ROBINSON, sustained severe, serious and permanent personal injuries, became sick, sore, lame and disabled; suffered injuries to her nervous system; suffered mental anguish, was confined to hospital, bed and home and may, in the future, be so confined; was incapacitated from attending to her usual duties and vocation

and may, in the future, be so incapacitated; will suffer a loss and/or limitation of quality and enjoyment of life; and plaintiff, SHANECE ROBINSON, was otherwise damaged.

46. That plaintiff, SHANECE ROBINSON, has sustained serious injuries as defined in Subdivision d of § 5102 of the Insurance Law-Recodification of the State of New York.

47. That plaintiff, SHANECE ROBINSON, has sustained serious injury and economic loss greater than basic economic loss as to satisfy the exceptions of § 5104 of the Insurance Law of the State of New York.

48. That plaintiff, SHANECE ROBINSON, is not seeking to recover any damages for which plaintiff has been reimbursed by no-fault insurance and/or for which no-fault insurance is obligated to reimburse plaintiff. Plaintiff is only seeking to recover those damages not recoverable through no-fault insurance under the facts and circumstances in this action.

49. That by reason of the foregoing, plaintiff, SHANECE ROBINSON has been damaged which not to exceed the sum of TWO MILLION ($2,000,000) DOLLARS.

WHEREFORE, plaintiff, SHANECE ROBINSON, demands judgment against the defendant in an amount not to exceed the sum of TWO MILLION ($2,000,000) DOLLARS, together with the cost and disbursements of this action.

Dated: County of Sullivan, New York
       June 19, 2023

_____
JOHN V. JANUSAS
Attorney for Plaintiff
17 North Main Street
Liberty, New York 12754
(845) 295-4550

To:  TARYN R. FERRARO
Defendant Pro Se
994 Burdeck Street
Schenectady, New York

UNITED STATES POSTAL SERVICE
Defendant Pro Se
29 Jay Street
Schenectady, New York 12306

7

## VERIFICATION

I, JOHN V. JANUSAS, the undersigned, an attorney admitted to practice in the Courts of New York State, state under penalty of perjury that I am the attorney for the plaintiff in the within action.

I have read the foregoing Complaint and know the contents thereof; the same is true to my own knowledge, except as to the matters I believe to be true.

The grounds of my belief as to all matters not stated upon my own knowledge are the materials in my file and the investigation conducted by my office.

I make this verification in lieu of the plaintiff based on the fact that I maintain my office in Sullivan County, which is a county other than where the plaintiff resides.

Dated: Sullivan County, New York
       June 19, 2023

_____
JOHN V. JANUSAS

Index No.:       Year:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SHANECE ROBINSON

                            Plaintiff(s),        **VERIFIED COMPLAINT**

-against-

                            Docket No.:

TARYN R. FERRARO and
UNITED STATES POSTAL SERVICE

                            Defendant(s),

**Verified Complaint**

JOHN V. JANUSAS
Attorney for Plaintiff
17 North Main Street
Liberty, New York 12754

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

John V. Janusas, Esq.

JOHN V. JANUSAS
Attorney at Law
17 North Main Street
Liberty, New York 12754
(845) 295-4550