UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SHANECE ROBINSON,

        Plaintiff,

v.

TARYN R. FERRARO and
UNITED STATES POSTAL SERVICE,

        Defendants.

Civil Action No.
1:23-cv-00754 (TJM/CFH)

---

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties that the above-referenced action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is further stipulated that no party to this action is an infant or incompetent for whom a guardian has been appointed.

Executed this 1 day of February, 2024.

_____
John V. Janusas, Esq.
Bar Roll No. _____
Attorney for Plaintiff
17 North Main Street
Liberty, New York 12754

Executed this 31 day of October, 2023.

_____
Ransom P. Reynolds
Assistant United States Attorney
Bar Roll No. 700843
United States Attorney's Office
100 South Clinton Street, Ste. 900
Syracuse, New York 13261

IT IS SO ORDERED.
DATED: February 1, 2024

_____
Hon. Thomas J. McAvoy
Senior U.S. District Judge